IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

VANESA LEA SHARP,

  Appellant,

v.

STATE OF FLORIDA,

  Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4190

_____/

Opinion filed September 22, 2016.

An appeal from the Circuit Court for Escambia County.
Frank L. Bell, Judge.

Carlos J. Martinez, Public Defender, Shannon Hemmendinger, Assistant Public Defender, Miami, for Appellant.

Pamela Jo Bondi, Attorney General, Samuel B. Steinberg, Assistant Attorney General, for Appellee.

PER CURIAM.

  AFFIRMED.

MAKAR, JAY, and M.K. THOMAS, JJ., CONCUR.